UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERFORMANCE CONTRACTORS,
INC, ET AL

VERSUS

JOHN SCHWAB AND
UNDERWRITERS AT LLOYD'S, LONDON

CIVIL ACTION

NO. 09-1053-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 10, 2010. Defendant has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand (rec.doc. 4) filed by plaintiffs, Performance Contractors, Inc., Brent J. Boe, and Donna J. Boe, will be granted and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, March 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA