UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERFORMANCE CONTRACTORS,
INC, ET AL

VERSUS

JOHN SCHWAB AND
UNDERWRITERS AT LLOYD'S, LONDON

CIVIL ACTION

NO. 09-1053-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED the motion to remand (rec.doc. 4) filed by plaintiffs, Performance Contractors, Inc., Brent J. Boe, and Donna J. Boe, is granted and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC